Jacob M. Weisberg, SBN 049065
The Law Office of Jacob M. Weisberg
844 N. Van Ness Avenue
Fresno, CA  93728
Telephone: (559) 441-0201
Facsimile:   (559) 442-3164

Attorney for Plaintiff, FREDERICK LEE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK LEE,<br><br>           Plaintiff,<br><br>  v.<br><br>CITY OF MADERA, MADERA CITY POLICE DEPARTMENT; OFFICER JOCELYN BECK; OFFICER WARREN WEBSTER; SGT. JOHN R. MARKLE; and MICHAEL B. KIME, Chief of the Madera City Police Department, in his Individual and Official Capacity.<br><br>           Defendants. | CASE NO.: 1: 04 CV 5607 AWI DLB<br><br>STIPULATION AND ORDER TO CONTINUE EXPERT DISCLOSURE DEADLINE AND DISCOVERY CUTOFF |

IT IS STIPULATED BETWEEN THE PARTIES HERETO THROUGH THEIR RESPECTIVE COUNSEL to continue the following discovery deadlines:

| | Current Date | New Date |
|---|---|---|
| Designation of Expert Witnesses: | February 17, 2006 | April 17, 2006 |
| Discovery Cutoff: | April 17, 2006 | June 17, 2006 |

Dated:  January 19, 2006          LAW OFFICE OF JACOB M. WEISBERG

                                   /s/ Jacob M. Weisberg
                                  Jacob M. Weisberg, Attorney for Plaintiff,
                                  FREDERICK LEE

-1-

Stip to Cont Expert Discovery.doc

1 | Dated:  January 30, 2006 WEAKLEY, RATLIFF,
2 |                                                    ARENDT & McGUIRE, LLP

3 |                                                    By:  /s/ Benjamin L. Ratliff
4 |                                                         Benjamin L. Ratliff, Attorneys for
  |                                                         CITY OF MADERA, MADERA
5 |                                                         CITY POLICE DEPARTMENT;
  |                                                         OFFICER JOCELYN BECK; OFFICER
6 |                                                         WARREN WEBSTER; SGT. JOHN R.
  |                                                         MARKLE; and MICHAEL B. KIME
7 |

8 |                                              ORDER

9 | GOOD CAUSE APPEARING, IT IS SO ORDERED

10 |

11 | Dated: February 9, 2006            __/s/ Dennis L. Beck_____
                                         DENNIS L. BECK,
12 |                                      U.S. MAGISTRATE JUDGE

-2-

Stip to Cont Expert Discovery.doc