Benjamin L. Ratliff    Bar No.  113708

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, CITY OF MADERA, OFFICER JOCELYN BECK, OFFICER WARREN WEBSTER, SGT. JOHN R. MARKLE and CHIEF MICHAEL B. KIME

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK LEE,<br><br>    Plaintiff<br><br>vs.<br><br>CITY OF MADER, MADERA POLICE DEPARTMENT; OFFICER JOCELYN BECK, OFFICER WARREN WEBSTER, SGT. JOHN R. MARKLE and MICHAEL B. KIME, Chief of the Madera City Police Department, in his Individual and Official Capacity.<br><br>    Defendants. | CASE NO. 1: 04 CV 5607 AWI DLB<br><br>**ORDER RE IN-CAMERA REVIEW** |

On March 17, 2006 the parties stipulated that defendants had disclosed in response to discovery that a citizens complaint of excessive force was made against Sgt. John R. Markle. The parties also stipulated that the original records related to the citizen's complaint of excessive force against Sgt. Markle should be submitted directly to Magistrate Judge Dennis Beck by the Madera Police Department  for an in-camera review pursuant to *Kelly v. City of San Jose* (1987) 114 FRD 653.

Good cause appearing therefore, IT IS HEREBY ORDERED, that the custodian of records for the Madera Police Department deliver all records in its possession relating to the

citizens complaint of excessive force made against Sgt. John Markle for an in-camera review pursuant to *Kelly v. City of San Jose* (1987) 114 FRD 653.

IT IS SO ORDERED.

**Dated:   March 27, 2006**                              **/s/ Dennis L. Beck**
3b142a                                                               UNITED STATES MAGISTRATE JUDGE