Jacob M. Weisberg, SBN 049065
The Law Office of Jacob M. Weisberg
844 N. Van Ness Avenue
Fresno, CA  93728
Telephone: (559) 441-0201
Facsimile:   (559) 442-3164

Attorney for Plaintiff, FREDERICK LEE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK LEE,<br><br>             Plaintiff,<br><br>  v.<br><br>CITY OF MADERA, MADERA CITY POLICE DEPARTMENT; OFFICER JOCELYN BECK; OFFICER WARREN WEBSTER; SGT. JOHN R. MARKLE; and MICHAEL B. KIME, Chief of the Madera City Police Department, in his Individual and Official Capacity.<br><br>             Defendants. | CASE NO.: 1: 04 CV 5607 AWI DLB<br><br>STIPULATION FOR NEW TRIAL DATE AND ORDER<br><br><br><br><br><br><br>Current Trial Date:  October 10, 2006<br>New Trial Date:         March 27, 2007 |

THE PARTIES, through their respective counsel, stipulate to a new trial date and the following deadlines:

| | **Current Date** | **New Date** |
|---|---|---|
| Designation of Expert Witnesses | April 17, 2006 | January 15, 2007 |
| Discovery Cutoff | June 16, 2006 | February 15, 2007 |
| Non-Dispositive Motion Filing | May 1, 2006 | February 15, 2007 |
| Dispositive Motion Filing | June 9, 2006 | February 15, 2007 |
| Joint report | August 18, 2006 | February 15, 2007 |
| Pre-Trial Conference at 8:30 a.m. in Ct.3 | August 25, 2006 | February 23, 2007 |

Stipulated Order

-1-

|  | **Current Date** | **New Date** |
|---|---|---|
| Trial at 9:00 a.m. in Ct. 3 | October 10, 2006 | March 27, 2007 |

Respectfully submitted,

DATED:      May 10, 2006

LAW OFFICE OF JACOB WEISBERG

/S/ Jacob M. Weisberg_____

Jacob M. Weisberg, Attorney for Plaintiff,
FREDERICK LEE

DATED:      May 10, 2006      WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP

By: /S/ Bejnamin L. Ratliff_____

Benjamin L. Ratliff, Attorneys for
CITY OF MADERA, MADERA
CITY POLICE DEPARTMENT;
OFFICER JOCELYN BECK; OFFICER
WARREN WEBSTER; SGT. JOHN R.
MARKLE; and MICHAEL B. KIME

ORDER

GOOD CAUSE APPEARING, IT IS SO ORDERED

Dated: May 12, 2006           ___/S/ *Dennis L. Beck*_____
DENNIS L. BECK,
U.S. MAGISTRATE JUDGE

Stipulated Order

-2-