IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK LEE,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF MADERA, MADERA CITY POLICE DEPARTMENT; OFFICER JOCELYN BECK; OFFICER WARREN WEBSTER; SGT. JOHN R. MARKLE; and MICHAEL B. KIME, Chief of the Madera City Police Department, in his Individual and Official Capacity.<br><br>        Defendants. | CASE NO.: CIV-F-04-5607 AWI DLB<br><br>STIPULATION FOR NEW TRIAL DATE AND ORDER<br><br><br><br><br><br><br><br>Current Trial Date: October 10, 2006<br>New Trial Date:    September 10, 2007 |

        THE PARTIES, through their respective counsel, stipulate to a new trial date and the following deadlines:

| | Current Date | New Date |
|---|---|---|
| Designation of Expert Witnesses | April 17, 2006 | February 15, 2007 |
| Discovery Cutoff | June 16, 2006 | March 15, 2007 |
| Non-Dispositive Motion Filing | May 1, 2006 | April 16, 2007 |
| Dispositive Motion Filing | June 9, 2006 | May 6, 2007 |
| Joint report | August 18, 2006 | July 27, 2007 |
| Pre-Trial Conference at 8:30 a.m. in Ct.3 | August 25, 2006 | August 6, 2007 |

|  | **Current Date** | **New Date** |
|---|---|---|
| Trial at 9:00 a.m. in Ct. 3 | October 10, 2006 | September 10, 2007 |

Respectfully submitted,

DATED:     May 18, 2006

LAW OFFICE OF JACOB WEISBERG

/S/ Jacob M. Weisberg_____

Jacob M. Weisberg, Attorney for Plaintiff, FREDERICK LEE


DATED:     May 18, 2006     WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP

By: /S/ Bejnamin L. Ratliff_____

Benjamin L. Ratliff, Attorneys for CITY OF MADERA, MADERA CITY POLICE DEPARTMENT; OFFICER JOCELYN BECK; OFFICER WARREN WEBSTER; SGT. JOHN R. MARKLE; and MICHAEL B. KIME

ORDER

IT IS SO ORDERED.

**Dated:   May 19, 2006**            _____/s/ Anthony W. Ishii_____
0m8i78                                         UNITED STATES DISTRICT JUDGE