Jacob M. Weisberg, SBN 049065
The Law Office of Jacob M. Weisberg
844 N. Van Ness Avenue
Fresno, CA  93728
Telephone: (559) 441-0201
Facsimile:   (559) 442-3164

Attorney for Plaintiff, FREDERICK LEE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK LEE,<br><br>         Plaintiff,<br><br> v.<br><br>CITY OF MADERA, MADERA CITY POLICE DEPARTMENT; OFFICER JOCELYN BECK; OFFICER WARREN WEBSTER; SGT. JOHN R. MARKLE; and MICHAEL B. KIME, Chief of the Madera City Police Department, in his Individual and Official Capacity,<br><br>         Defendants. | CASE NO.: CIV-F-04-5607 AWI DLB<br><br>STIPULATION TO CONTINUE DEADLINES AND ORDER<br><br><br><br><br><br><br><br>Current Trial Date:  September 10, 2007 |

THE PARTIES, through their respective counsel, stipulate to continue the following deadlines:

| | **Current Date** | **New Date** |
|---|---|---|
| Settlement Conference | none | April 11, 2007 |
| Designation of Expert Witnesses | February 15, 2007 | June 15, 2007 |
| Discovery Cutoff | March 15, 2007 | July 15, 2007 |
| Non-Dispositive Motion Filing | April 16, 2007 | August 16, 2007 |
| Dispositive Motion Filing | May 6, 2007 | September  16, 2007 |
| Joint report | July 27, 2007 | January 11, 2008 |

-1-

Stipulated Order

| | **Current Date** | **New Date** |
|---|---|---|
| Pre-Trial Conference at 8:30 a.m. in Ct.**2** | August 6, 2007 | January 22, 2008 |
| Trial at 9:00 a.m. in Ct. **2** | September 10, 2007 | February 25, 2008 |

Respectfully submitted,

DATED:  February 27, 2007

LAW OFFICE OF JACOB WEISBERG

/S/ Jacob M. Weisberg

Jacob M. Weisberg, Attorney for Plaintiff,
FREDERICK LEE

DATED:  February 27, 2007         WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP

By:  /S/ Bejnamin L. Ratliff

Benjamin L. Ratliff, Attorneys for
CITY OF MADERA, MADERA
CITY POLICE DEPARTMENT;
OFFICER JOCELYN BECK; OFFICER
WARREN WEBSTER; SGT. JOHN R.
MARKLE; and MICHAEL B. KIME

ORDER

GOOD CAUSE APPEARING,

IT IS SO ORDERED.

**Dated:     February 28, 2007**            /s/ Anthony W. Ishii
0m8i78                              UNITED STATES DISTRICT JUDGE

-2-

Stipulated Order