1  Jacob M. Weisberg, SBN 049065
   The Law Office of Jacob M. Weisberg
2  844 N. Van Ness Avenue
   Fresno, CA  93728
3  Telephone: (559) 441-0201
   Facsimile:   (559) 442-3164
4
   Attorney for Plaintiff, FREDERICK LEE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK LEE,<br><br>         Plaintiff,<br><br>  v.<br><br>CITY OF MADERA, MADERA CITY POLICE DEPARTMENT; OFFICER JOCELYN BECK; OFFICER WARREN WEBSTER; SGT. JOHN R. MARKLE; and MICHAEL B. KIME, Chief of the Madera City Police Department, in his Individual and Official Capacity.<br><br>         Defendants. | CASE NO.: 1: 04 CV 5607 AWI DLB<br><br>STIPULATION AND ORDER TO CONTINUE EXPERT DISCLOSURE DEADLINE AND DISCOVERY CUTOFF |

IT IS STIPULATED BETWEEN THE PARTIES HERETO THROUGH THEIR RESPECTIVE COUNSEL to continue the following discovery deadlines:

|  | Current Date | New Date |
|---|---|---|
| Designation of Expert Witnesses: | June 15, 2007 | August 15, 2007 |
| Discovery Cutoff | July 15, 2007 | September 15, 2007 |

-1-

Stip to Continue Expert Discovery  for PDF 6-5-07.doc

Dated: June 5, 2007             LAW OFFICE OF JACOB M. WEISBERG


                                By: /s/ Jacob M. Weisberg
                                    Jacob M. Weisberg, Attorney for Plaintiff,
                                    FREDERICK LEE



Dated: June 5, 2007             WEAKLEY, RATLIFF,
                                ARENDT & McGUIRE, LLP


                                By: /s/ Benjamin L. Ratcliff
                                    Benjamin L. Ratliff, Attorneys for Defendants
                                    CITY OF MADERA, MADERA CITY POLICE
                                    DEPARTMENT; OFFICER JOCELYN BECK;
                                    OFFICER WARREN WEBSTER; SGT. JOHN R.
                                    MARKLE; and MICHAEL B. KIME



                                ORDER

GOOD CAUSE APPEARING, IT IS SO ORDERED


Dated: June 7, 2007                  /s/ *Dennis L. Beck*
                                    DENNIS L. BECK,
                                    U.S. MAGISTRATE JUDGE

-2-

Stip to Continue Expert Discovery  for PDF 6-5-07.doc