Jacob M. Weisberg, SBN 049065
The Law Office of Jacob M. Weisberg
844 N. Van Ness Avenue
Fresno, CA  93728
Telephone: (559) 441-0201
Facsimile:   (559) 442-3164

Attorney for Plaintiff, FREDERICK LEE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK LEE,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF MADERA, MADERA CITY POLICE DEPARTMENT; OFFICER JOCELYN BECK; OFFICER WARREN WEBSTER; SGT. JOHN R. MARKLE; and MICHAEL B. KIME, Chief of the Madera City Police Department, in his Individual and Official Capacity.<br><br>    Defendants. | CASE NO.: 1: 04 CV 5607 AWI DLB<br><br>STIPULATION AND ORDER TO CONTINUE EXPERT DISCLOSURE DEADLINE AND DISCOVERY CUTOFF |

IT IS STIPULATED BETWEEN THE PARTIES HERETO THROUGH THEIR RESPECTIVE COUNSEL to continue the following discovery deadlines:

| | Current Date | New Date |
|---|---|---|
| Settlement Conference | April 11, 2007 | None Scheduled |
| Designation of Expert Witnesses | August 15, 2007 | January 29, 2008 |
| Discovery Cutoff | September 15, 2007 | February 29, 2008 |
| Non-Dispositive Motion Filing | August 16, 2007 | February 29, 2008 |
| Dispositive Motion Filing | September 16, 2007 | February 29, 2008 |
| Joint Report | January 11, 2008 | April 11, 2008 |

-1-

Stip to Continue deadlines 8-22-07.doc

| | | |
|---|---|---|
| Pre-Trial Conference<br>At 8:30 a.m. in Ct. 2 | January 22, 2008 | April 28, 2008 |
| Trial at 9:00a.m. in Ct. 2 | February 25, 2008 | May 27, 2008 |

Dated:  August 23, 2007            LAW OFFICE OF JACOB M. WEISBERG


By:  /s/ Jacob M. Weisberg
    Jacob M. Weisberg, Attorney for Plaintiff,
    FREDERICK LEE


Dated:  August 23, 2007            WEAKLEY, RATLIFF,
                                               ARENDT & McGUIRE, LLP


By:  /s/ Benjamin L. Ratcliff
    Benjamin L. Ratliff, Attorneys for Defendants
    CITY OF MADERA, MADERA CITY POLICE
    DEPARTMENT; OFFICER JOCELYN BECK;
    OFFICER WARREN WEBSTER; SGT. JOHN R.
    MARKLE; and MICHAEL B. KIME

<u>ORDER</u>

GOOD CAUSE APPEARING, IT IS SO ORDERED


Dated: 24 August 2007            /s/ *Dennis L. Beck*
                                                  DENNIS L. BECK,
                                                  U.S. MAGISTRATE JUDGE