Jacob M. Weisberg, SBN 049065
The Law Office of Jacob M. Weisberg
844 N. Van Ness Avenue
Fresno, CA  93728
Telephone: (559) 441-0201
Facsimile:   (559) 442-3164

Attorney for Plaintiff, FREDERICK LEE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| FREDERICK LEE,<br><br>            Plaintiff,<br><br>   v.<br><br>CITY OF MADERA, MADERA CITY POLICE DEPARTMENT; OFFICER JOCELYN BECK; OFFICER WARREN WEBSTER; SGT. JOHN R. MARKLE; and MICHAEL B. KIME, Chief of the Madera City Police Department, in his Individual and Official Capacity.<br><br>            Defendants. | CASE NO.: CIV-F-04-5607 AWI DLB<br><br>STIPULATION FOR NEW TRIAL DATE AND ORDER |
|---|---|

IT IS STIPULATED BETWEEN THE PARTIES HERETO THROUGH THEIR RESPECTIVE COUNSEL to continue the trial date and the scheduling conference order as follows:

|  | Current Date | New Date |
|---|---|---|
| Settlement Conference at 10:00 a.m. before Magistrate Judge Beck | None Scheduled | April 21, 2008 |
| Designation of Expert Witnesses | January 29, 2008 | May 27, 2008 |
| Discovery Cutoff | February 29, 2008 | June 27, 2008 |
| Non-Dispositive Motion Filing | February 29, 2008 | June 27, 2008 |
| Dispositive Motion Filing | February 29, 2008 | June 27, 2008 |

-1-

Stipulation for New Trial Date and Order 2-1-08

| | | |
|---|---|---|
| Joint Report | April 11, 2008 | August 8, 2008 |
| Pre-Trial Conference At 8:30 a.m. in Ctrm. 2 | April 28, 2008 | August 27, 2008 |
| Trial at 8:30 a.m. in Ctrm. 2 | May 27, 2008 | September 23, 2008 |

The parties respectfully submit that the foregoing changes are necessary in order to permit the completion of non-expert and expert discovery, and to avoid scheduling conflicts.

Dated:  February 6, 2008         LAW OFFICE OF JACOB M. WEISBERG


By:  /s/ Jacob M. Weisberg
     Jacob M. Weisberg, Attorney for Plaintiff,
     FREDERICK LEE


Dated:  February 6, 2008         WEAKLEY, RATLIFF,
                                 ARENDT & McGUIRE, LLP


By:  /s/ Benjamin L. Ratcliff
     Benjamin L. Ratliff, Attorneys for Defendants
     CITY OF MADERA, MADERA CITY POLICE
     DEPARTMENT; OFFICER JOCELYN BECK;
     OFFICER WARREN WEBSTER; SGT. JOHN R.
     MARKLE; and MICHAEL B. KIME


## ORDER

IT IS SO ORDERED.

**Dated:   March 7, 2008**              /s/ Dennis L. Beck
                                 UNITED STATES MAGISTRATE JUDGE

Stipulation for New Trial Date and Order 2-1-08