BENJAMIN L. RATLIFF, ESQ. Bar No. 113708
THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants City of Madera et al

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK LEE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF MADERA, MADERA CITY POLICE DEPARTMENT; OFFICER JOCELYN BECK; OFFICER WARREN WEBSTER; SGT. JOHN R. MARKLE; AND MICHAEL B. KIME, Chief of the Madera Cit Police Department, in his Individual and Official Capacity.<br>　　　　Defendants. | CASE NO: CIV-F-04-5607 AWI DLB<br><br>**STIPULATION AND ORDER VACATING SETTLEMENT CONFERENCE**<br><br>DATE: April 21, 2008<br>TIME: 10:00 a.m.<br>DEPT: 9<br><br>Current Trial Date: September 23, 2008 |

　　　THE PARTIES, through their respective counsel, have met and conferred regarding the settlement conference currently scheduled for April 21, 2008.  Plaintiff and his counsel are ready to proceed with the settlement conference. Defendants do not believe a settlement conference at this stage of the case would be fruitful and do not intend to make any substantive offers at the settlement conference. The parties and their counsel therefore stipulate that the settlement conference be removed from the courts calendar.

//

//

//

**ORDER**

IT IS SO ORDERED.

    **Dated:   April 11, 2008**                    **/s/ Dennis L. Beck**
                                                             UNITED STATES MAGISTRATE JUDGE