Jacob M. Weisberg, SBN 049065
The Law Office of Jacob M. Weisberg
844 N. Van Ness Avenue
Fresno, CA  93728
Telephone: (559) 441-0201
Facsimile:   (559) 442-3164

Attorney for Plaintiff, FREDERICK LEE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK LEE,<br><br>             Plaintiff,<br><br>  v.<br><br>CITY OF MADERA, MADERA CITY POLICE DEPARTMENT; OFFICER JOCELYN BECK; OFFICER WARREN WEBSTER; SGT. JOHN R. MARKLE; and MICHAEL B. KIME, Chief of the Madera City Police Department, in his Individual and Official Capacity.<br><br>             Defendants. | CASE NO.: CIV-F-04-5607 AWI DLB<br><br>STIPULATION FOR NEW TRIAL DATE AND ORDER |

IT IS STIPULATED BETWEEN THE PARTIES HERETO THROUGH THEIR RESPECTIVE COUNSEL to continue the trial date and the scheduling conference order as follows:

| | Current Date | New Date |
|---|---|---|
| Settlement Conference at 10:00 a.m. before Magistrate Judge Beck | None Scheduled | None Scheduled |
| Designation of Expert Witnesses | May 27, 2008 | January 23, 2009 |
| Discovery Cutoff | June 27, 2008 | February 23, 2009 |
| Non-Dispositive Motion Filing | June 27, 2008 | February 23, 2009 |
| Dispositive Motion Filing | June 27, 2008 | February 23, 2009 |

-1-
Stipulation for new Trial Date and Order 5-28-08

| | | |
|---|---|---|
| Joint Report | August 8, 2008 | March 5, 2009 |
| Pre-Trial Conference At 8:30 a.m. in Ctrm. 2 | August 27, 2008 | March 12, 2009 |
| Trial at 8:30 a.m. in Ctrm. 2 | September 27, 2008 | April 21, 2009 |

The Parties separately stipulate to the continuance of the Summary Judgment /Adjudication of Issues now set for June 23, 2008 at 1:30 p.m. in Department 2 to August 4, 2008 at 1:30 p.m.

The parties respectfully submit that the foregoing changes are necessary in order to permit the completion of non-expert and expert discovery, and to avoid scheduling conflicts as set forth in the Declaration of Jacob M. Weisberg.

Dated:  May 28, 2008        LAW OFFICE OF JACOB M. WEISBERG


                            By:  /s/ Jacob M. Weisberg
                               Jacob M. Weisberg, Attorney for Plaintiff,
                               FREDERICK LEE


Dated:  May 28, 2008        WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP


                            By:  /s/ Benjamin L. Ratliff
                               Benjamin L. Ratliff, Attorneys for Defendants
                               CITY OF MADERA, MADERA CITY POLICE
                               DEPARTMENT; OFFICER JOCELYN BECK;
                               OFFICER WARREN WEBSTER; SGT. JOHN R.
                               MARKLE; and MICHAEL B. KIME


                                ORDER

GOOD CAUSE APPEARING, IT IS SO ORDERED


Dated: 5 June 2008              /s/ Dennis L. Beck
                                DENNIS L. BECK,
                                U.S. MAGISTRATE JUDGE

-2-

Stipulation for new Trial Date and Order 5-28-08