IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK LEE ) | 1:04-CV-5607 AWI DLB |
| ) | |
| Plaintiff, ) | ORDER MOVING HEARING |
| v. ) | ON DEFENDANTS' MOTION |
| ) | FOR SUMMARY JUDGMENT |
| CITY OF MADERA, et al., ) | TO SEPTEMBER 15, 2008 |
| ) | |
| ) | (Document #55) |
| Defendants. ) | |
| ) | |

Defendants' motion for summary judgment is pending in this action and is set for oral arguments to be heard on Monday, August 4, 2008. The parties have stipulated to move oral arguments on Defendants' motion to September 15, 2008.

Based on the parties' stipulation, IT IS HEREBY ORDERED that the previously set hearing date of August 4, 2008, is VACATED, and oral arguments on this matter are set for September 15, 2008 at 1:30 p.m. in Courtroom 2.

IT IS SO ORDERED.

Dated:   July 15, 2008                    /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE