1   Benjamin L. Ratliff    Bar No.  113708

2       THE LAW FIRM OF
        WEAKLEY, RATLIFF,
3       ARENDT & McGUIRE, LLP
        1630 East Shaw Avenue, Suite 176
4       Fresno, California   93710

5       Telephone: (559) 221-5256
        Facsimile:  (559) 221-5262
6
    Attorneys for Defendants, CITY OF MADERA,
7   OFFICER JOCELYN BECK, OFFICER WARREN
    WEBSTER, SGT. JOHN R. MARKLE
8   and CHIEF MICHAEL B. KIME

9

10                      UNITED STATES DISTRICT COURT

11                      EASTERN DISTRICT OF CALIFORNIA

12
    FREDERICK LEE,                      )   CASE NO. CIV F 04-5607 AWI DLB
13                                      )
            Plaintiff                   )
14                                      )   **STIPULATION AND ORDER FOR**
        vs.                             )   **CONTINUANCE OF MOTION FOR**
15                                      )   **SUMMARY JUDGMENT**
    CITY OF MADERA, MADERA POLICE       )
16  DEPARTMENT; OFFICER JOCELYN         )
    BECK, OFFICER WARREN WEBSTER,       )   **Current MSJ Date: September 15, 2008**
17  SGT. JOHN R. MARKLE and MICHAEL B.  )   **Time:            1:30**
    KIME, Chief of the Madera City Police )  **Courtroom:        2**
18  Department, in his Individual and Official )
    Capacity.                           )   **Trial Date:       April 21, 2009**
19                                      )
            Defendants.                 )
20  _____    )

21          THE PARTIES, through their respective counsel, stipulate that the Defendants' Motion

22  for Summary Judgment be continued from September 15, 2008 to October 6, 2008 at 1:30 p.m.,

23  in Courtroom 2.

24          The stipulation is based on the fact that Defendants' attorney is currently in trial in the

25  matter of *Elizabeth Valdivia v. Del Monte Foods, et al.,* in Kings County Superior Court,

26  Department No. 1, and will not be available to prepare his reply to Plaintiff's Opposition to the

27  Motion for Summary Judgment.  Defendants' reply to Plaintiffs' Opposition to the Motion for

28  Summary Judgment is currently due on September 10, 2008 and Plaintiff's counsel has

1    graciously agreed to continue the Motion for Summary Judgment so that Defendants' reply will

2    be due on October 1, 2008.

3

4    DATED: September 2, 2008          WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

5                                                    /s/ Benjamin L. Ratliff

6                                      By:    _____
                                              Benjamin L. Ratliff
7                                             Attorney for Defendant City of Madera

8
     DATED: September 2, 2008          THE LAW OFFICE OF JACOB M. WEISBERG
9
                                                    /s/ Jacob M. Weisberg
10                                     By:    _____
                                              Jacob M. Weisberg
11                                            Attorney for Plaintiff

12

13                                           <u>ORDER</u>

14

15   IT IS SO ORDERED.

16
     **Dated:    September 4, 2008**          _____/s/ Anthony W. Ishii_____
17                                            CHIEF UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28