UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK LEE, | CASE NO. CIV F 04-5607 AWI DLB |
| Plaintiff | |
| vs. | **STIPULATION AND ORDER FOR CONTINUANCE OF HEARING ON MOTION FOR SUMMARY JUDGMENT AND RESETTING DUE DATE FOR PLAINTIFF'S REPLY BRIEFING** |
| CITY OF MADERA, MADERA POLICE DEPARTMENT; OFFICER JOCELYN BECK, OFFICER WARREN WEBSTER, SGT. JOHN R. MARKLE and MICHAEL B. KIME, Chief of the Madera City Police Department, in his Individual and Official Capacity. | **Current MSJ Date: October 6, 2008**<br>**Time:           1:30**<br>**Courtroom:      2** |
| Defendants. | **Trial Date:      April 21, 2009** |

THE PARTIES, through their respective counsel, stipulate that the Defendants' Motion for Summary Judgment be continued from October 6, 2008 to October 27, 2008 at 1:30 p.m., in Courtroom 2.

The stipulation is based on the fact that due to the press of other business counsel for Defendant does not expect to be able to complete the reply to Plaintiff's opposition to the pending Motion For Summary Judgment by the date it is currently due on October 1, 2008. Although the parties have stipulated that Defendants' reply to Plaintiff's opposition will be filed and served not later than October 22, 2008, Local Rule 78-230(d) requires that a reply brief be

1  filed not later than 5 court days prior to the date of the hearing.

3      Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 6, 2008, is VACATED, and no party shall appear at that time.  The hearing on Defendants' motion for summary judgment previously set for October 6, 2008, is hereby continued to October 27, 2008 at 1:30 p.m.  The court MODIFIES the parties' stipulation pursuant to Local Rule 78-230(d) to require that Defendants file and serve their reply brief not later than October 20, 2008.

DATED: September 30, 2008          WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

                                   /s/ Benjamin L. Ratliff
                           By:    _____
                                   Benjamin L. Ratliff
                                   Attorney for Defendant City of Madera

DATED: September 30, 2008          THE LAW OFFICE OF JACOB M. WEISBERG

                                   /s/ Jacob M. Weisberg
                           By:    _____
                                   Jacob M. Weisberg
                                   Attorney for Plaintiff

IT IS SO ORDERED.

**Dated:   October 1, 2008**           **/s/ Anthony W. Ishii**
                                   CHIEF UNITED STATES DISTRICT JUDGE

2