IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| FREDERICK LEE,<br><br>      Plaintiff,<br><br>v.<br><br>CITY OF MADERA, MADERA CITY POLICE DEPARTMENT; OFFICER JOCELYN BECK; OFFICER WARREN WEBSTER; SGT. JOHN R. MARKLE; and MICHAEL B. KIME, Chief of the Madera City Police Department, in his Individual and Official Capacity,<br><br>      Defendants. | CASE NO.: CIV-F-04-5607 AWI DLB<br><br>STIPULATION TO CONTINUE SUMMARY JUDGEMENT MOTION AND ORDER<br><br>Current MSJ Date: October 27, 2008<br>Time:             1:30 p.m.<br>Courtroom:     2<br><br><br>Current Trial Date: April 21, 2009 |
|---|---|

      THE PARTIES, through their respective counsel, stipulate to continue Defendant's Motion for Summary Judgment from October 27, 2008 to November 10, 2008 at 1:30 p.m. in Courtroom 2.

      The stipulation is based on the fact the Plaintiff's attorney will be out of the country from October 26 through November 10, 2008 on a previously planned trip to Europe for a family event.

                                                                 Respectfully submitted,

      DATED:  October 21, 2008

                                      LAW OFFICE OF JACOB WEISBERG

                                      /S/ Jacob M. Weisberg

                                      Jacob M. Weisberg, Attorney for Plaintiff, FREDERICK LEE

DATED: October 21, 2008       WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

                                      By:  /S/ Bejnamin L. Ratliff

                                            Benjamin L. Ratliff, Attorneys for CITY OF MADERA, MADERA CITY POLICE DEPARTMENT; OFFICER JOCELYN BECK; OFFICER WARREN WEBSTER; SGT. JOHN R. MARKLE; and MICHAEL B. KIME

## ORDER

GOOD CAUSE APPEARING,

IT IS SO ORDERED.

**Dated:   October 21, 2008**                 **/s/ Anthony W. Ishii**
                                             CHIEF UNITED STATES DISTRICT JUDGE