IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FREDERICK LEE, | ) | NO. 1:04-CV-05607-AWI-DLB |
| | ) | |
| Plaintiff, | ) | ORDER VACATING |
| | ) | NOVEMBER 10, 2008 HEARING |
| v. | ) | DATE AND TAKING MATTER |
| | ) | UNDER SUBMISSION |
| CITY OF MADERA, OFFICER | ) | |
| JOCELYN BECK, OFFICER WARREN | ) | |
| WEBSTER, SGT. JOHN R. MARKLE, | ) | |
| and CHIEF OF POLICE MICHAEL B. | ) | |
| KIME, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

        Defendants' motion for summary adjudication, or in the alternative, adjudication of issues

has been set for hearing in this case on November 10, 2008.   The court has reviewed the papers

and has determined that this matter is suitable for decision without oral argument.  Local Rule

78-230(h).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of

November 10, 2008, is VACATED, and the parties shall not appear at that time.  As of

November 10, 2008, the court will take the matter under submission, and will thereafter issue its

decision.


IT IS SO ORDERED.

**Dated:    November 6, 2008**                                 **/s/ Anthony W. Ishii**
                                                    CHIEF UNITED STATES DISTRICT JUDGE