Benjamin L. Ratliff    Bar No.  113708

LAW OFFICES OF
BENJAMIN L. RATLIFF
1100 West Shaw Avenue, Suite 124
Fresno, California   93711

Telephone: (559) 227-2166
Facsimile:  (559) 227-0846

Attorneys for Defendants, CITY OF MADERA,
OFFICER JOCELYN BECK, OFFICER WARREN
WEBSTER, SGT. JOHN R. MARKLE
and CHIEF MICHAEL B. KIME

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK LEE, <br><br> Plaintiff <br><br> vs. <br><br> CITY OF MADERA, MADERA POLICE DEPARTMENT; OFFICER JOCELYN BECK, OFFICER WARREN WEBSTER, SGT. JOHN R. MARKLE and MICHAEL B. KIME, Chief of the Madera City Police Department, in his Individual and Official Capacity. <br><br> Defendants. | CASE NO. CIV F 04-5607 AWI DLB <br><br> **SUBSTITUTION OF ATTORNEY AND ORDER** |

Pursuant to Eastern District Local Rule 83.182, defendants CITY OF MADERA, OFFICER JOCELYN BECK, OFFICER WARREN WEBSTER, SGT. JOHN R. MARKLE and CHIEF MICHAEL B. KIME make the following substitution of attorneys:

Former Attorneys:    Benjamin L. Ratliff, Esq.
WEAKLEY, RATLIFF, ARENDT & McGUIRE
1630 East Shaw Avenue, Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Fax: (559) 221-5262
E-Mail: ben@wrlaw.com

///

New Attorneys:     Benjamin L. Ratliff, Esq.
LAW OFFICES OF BENJAMIN L. RATLIFF
1100 West Shaw Avenue, Suite 124
Fresno, California 93711
Telephone: (559) 221-2166
Fax: (559) 227-0846
E-Mail: ben@blratlifflaw.com

Consent to and acceptance of this submission are set forth below.

I consent to this substitution.

DATED: January 26, 2009.

By: /s/ David Tooley
David Tooley
City Administrator

WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

DATED: January 27, 2009.   By: /s/ Benjamin L. Ratliff
Benjamin L. Ratliff
Attorneys for Defendant
Douglas Burns

LAW OFFICES OF BENJAMIN L. RATLIFF

DATED: January 27, 2009.   By: /s/ Benjamin L. Ratliff
Benjamin L. Ratliff
Attorney for Defendants

ORDER

GOOD CAUSE APPEARING,

IT IS SO ORDERED.

**Dated:  January 28, 2009**          **/s/ Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE

2