IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK LEE,<br><br>             Plaintiff,<br><br>v.<br><br>CITY OF MADERA, MADERA CITY POLICE DEPARTMENT; OFFICER JOCELYN BECK; OFFICER WARREN WEBSTER; SGT. JOHN R. MARKLE; and MICHAEL B. KIME, Chief of the Madera City Police Department, in his Individual and Official Capacity.<br><br>             Defendants. | CASE NO.: CIV-F-04-5607 AWI DLB<br><br>ORDER MOVING PRE-TRIAL CONFERENCE AND TRIAL DATES |

Pursuant to the parties' stipulation, the Pre-Trial Conference currently scheduled for March 12, 2009, in Courtroom 2, before the Honorable Judge Anthony W. Ishii, at 8:30 a.m., is continued to March 19, 2009, at 8:30 a.m.  The Joint Pre-Trial Statement that is due to be electronically filed on March 5, 2009, is moved to March 12, 2009.  The Trial Date on this matter had previously been moved by Court's Order from April 21, 2009 to April 28, 2009.

IT IS SO ORDERED.

Dated:   **March 3, 2009**           /s/ Anthony W. Ishii
                                               CHIEF UNITED STATES DISTRICT JUDGE