UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK LEE, | CASE NO. CV F 04-5607 LJO DLB |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| CITY OF MADERA, et al., | |
| Defendants. / | |

The parties notified this Court that they have reached settlement. Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, **no later than May 29, 2009,** to file appropriate papers to dismiss or conclude this action in its entirety.

This Court VACATES all pending dates and matters, including the April 27, 2009 trial.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 16-160 and Local Rule 16-272.

IT IS SO ORDERED.

**Dated:　April 27, 2009**　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE