1
2
3
4
5
6
7
8                    **IN THE UNITED STATES DISTRICT COURT**
9                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10
11   FREDERICK LEE,                           CASE NO. CV F 04-5607 LJO DLB
12                    Plaintiff,               **ORDER TO DISMISS AND TO CLOSE ACTION**
                                              (Doc. 117.)
13          vs.
14   CITY OF MADERA, et al.,
15                    Defendants.
                                    /
16
17          Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:
18          1.      DISMISSES this entire action with prejudice;
19          2.      VACATES all pending matters; and
20          3.      DIRECTS the clerk to close this action.
21                  IT IS SO ORDERED.
22   **Dated:    May 27, 2009**                        **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28